UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | 2:24-cv-5780-CBM-SK | Date | December 2, 2025 |
|---|---|---|---|

| Title | *Chen v. Garland et al.* |
|---|---|

Present: The Honorable    CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE

| V.R. VALLERY | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| NONE PRESENT | NONE PRESENT |

**Proceedings:**      **IN CHAMBERS- ORDER TO SHOW CAUSE RE DISMISSAL**

Plaintiff's complaint seeks a writ of mandamus and declaratory relief based on the United States Citizenship and Immigration Services ("USCIS's") failure to schedule an interview and adjudicate Plaintiff's I-589 Application for Asylum and for Withholding of Removal.   On November 18, 2025, Defendant filed a Status Report and Notice of Mootness and declaration in support thereof wherein defense counsel declares USCIS issued a notice to Plaintiff scheduling her interview for June 12, 2025, and USCIS issued a notice on September 29, 2025 that it had completed adjudication of Plaintiff's I-589 Application for Asylum and for Withholding of Removal.   (Dkt. No. 23, Buchanan Decl. ¶¶ 4, 6.) Defense counsel declares he gave notice to Plaintiff of USCIS's notice of adjudication on September 30, 2025 and October 1, 2025, and requested that Plaintiff dismiss the case and proposed a joint stipulation to dismiss, but Plaintiff failed to respond.

Accordingly, Plaintiff is **ORDERED TO SHOW CAUSE in writing <u>no later than December 12, 2025</u>** why this action should not be dismissed as moot in light of USCIS's adjudication of Plaintiff's I-589 Application for Asylum and for Withholding of Removal.   A failure to respond to this ORDER TO SHOW CAUSE by that date shall result in dismissal of this action.

**IT IS SO ORDERED.**

00    :