JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | 2:24-cv-5780-CBM-SK | Date | December 18, 2025 |
|---|---|---|---|

| Title | Chen v. Garland et al. |
|---|---|

Present: The Honorable   CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE

| V.R. VALLERY | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| NONE PRESENT | NONE PRESENT |

**Proceedings:**   **IN CHAMBERS- ORDER RE DISMISSAL**

On December 2, 2025, the Court issued an order to show cause ("OSC") why this action should not be dismissed as moot in light of USCIS's adjudication of Plaintiff's I-589 Application for Asylum and for Withholding of Removal, ordered Plaintiff to respond to the OSC no later than December 12, 2025, and stated "[a] failure to respond to this ORDER TO SHOW CAUSE by that date shall result in dismissal of this action."  (Dkt. No. 25.)   No response to the OSC has been filed by Plaintiff. Accordingly, this action is **dismissed without prejudice**.

**IT IS SO ORDERED.**